IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOHAMMED ALMASHHADANI, *et al.*,
    Plaintiffs,

v.   :   Civil No. 5:20-cv-04681-JMG

NORRIS MCLAUGHLIN, P.A., *et al.*,
    Defendants.

# ORDER

**AND NOW**, this 15th day of June, 2021, upon careful consideration of Defendant SN Servicing Corporation's Motion to Dismiss (ECF No. 6), Defendant TSREO, LLC's Motion to Dismiss (ECF No. 7), Defendant Norris McLaughlin, P.A.'s Motion to Dismiss (ECF No. 8), Plaintiffs' Opposition Briefing (ECF Nos. 12–13), Defendants' Reply Briefing (ECF Nos. 16–17), and the Parties' Supplemental Briefing (ECF Nos. 24, 30–32), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** as follows:

1. Defendant Norris McLaughlin's Motion to Dismiss (ECF No. 8) is **GRANTED in part** and **DENIED in part:** the Motion is **GRANTED** with respect to Plaintiffs' request for emotional distress damages sought in connection with the claims brought pursuant to the UTPCPL (Count I). The Motion is **DENIED** in all other respects.

2. Defendant SN Servicing's Motion to Dismiss (ECF No. 6) is **GRANTED in part** and **DENIED in part:** the Motion is **GRANTED** with respect to Plaintiffs' request for emotional distress damages sought in connection with the claims brought pursuant to the UTPCPL (Count I). The Motion is **DENIED** in all other respects.

3. Defendant TSREO's Motion to Dismiss (ECF No. 7) is **GRANTED in part** and **DENIED in part:** the Motion is **GRANTED** with respect to Plaintiffs' claims brought pursuant to the FCEUA and UTPCPL (Counts I and III). Those claims are **DISMISSED WITH PREJUDICE** as against TSREO. The Motion is **DENIED** in all other respects.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge